O   JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5957 AHM (CTx) | Date | November 10, 2009 |
|---|---|---|---|
| Title | CARLA CATALINA SANCHEZ v. GODIVA CHOCOLATIER, INC. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

    Having considered the parties' Joint Application to Stay Litigation Pending the California Supreme Court's Decision in *Brinker Restaurant Corp. v. Superior Court*, the Court concludes that all remaining proceedings in this case should be stayed. The resolution of the *Brinker* case will almost certainly affect issues central to the resolution of this case. Accordingly, the Court STAYS THIS CASE for all purposes. The Court directs the Clerk of the Court to remove this case from the Court's active calendar

    The parties shall file a joint status report every 13 weeks (beginning February 15, 2010) describing the status of the *Brinker* case and shall file separate status reports not later than 10 days after the Supreme Court decides *Brinker* setting forth their respective positions as to how this case should proceed in light of that decision.

                                                                                  : 

Initials of Preparer   se